# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cortilius Gamble

                    Plaintiff,

v.                                                 Case No.: 1:21−cv−03171
                                                   Honorable Robert W. Gettleman

Mountain Run Solutions L.L.C.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 5, 2021:

      MINUTE entry before the Honorable Robert W. Gettleman: On plaintiff's Notice [4] and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), this case is voluntarily dismissed. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.